UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS | ) | |
| REGIONAL COUNCIL, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:17-cv-00757 SPM |
| | ) | |
| v. | ) | |
| | ) | |
| NEW CONCEPT CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-styled case without prejudice.


Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


        /s/ Greg A. Campbell
GREG A. CAMPBELL, #2774
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  New Concept Construction, Inc., 2200 A. State Street, Chester, IL 62233.


        /s/ Greg A. Campbell